# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141990

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FREDERICK MICHAEL ZACHARY,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141990
COA: 290649
Allegan CC: 06-014866-FH

_____/

On order of the Court, the application for leave to appeal the August 31, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

y0131